Argued and submitted March 10, reversed and remanded April 9, 2008

William Daniel HARMOND
and Stephanie Jeane Harmond,
*Plaintiffs-Appellants,*

*v.*

WEST HILLS HOMES, INC.,
an inactive Oregon corporation;
and West Hills Development Company,
an Oregon corporation,
*Defendants-Respondents.*

WEST HILLS HOMES, INC.,
an inactive Oregon corporation;
and West Hills Development Company,
an Oregon corporation,
*Third-Party Plaintiffs,*

*v.*

K2 INC.,
a Delaware corporation,
fka Simplex Prod. Div. of K2 Inc.,
dba Finestone Corp.,
a foreign corporation;
Kingsmen Plastering, Inc.,
a Washington corporation;
Jim Fisher Roofing and Construction Inc.,
an Oregon corporation;
Tri-Span Construction, Inc.,
an Oregon corporation;
Gavin A. Rapozo,
dba Rapozo Construction,
an Oregon resident;
and Sage's Siding, Inc.,
an Oregon corporation,
*Third-Party Defendants.*

KINGSMEN PLASTERING, INC.,
a Washington corporation,
*Fourth-Party Plaintiff,*

*v.*

Demian DAWSON,
dba Spectra Caulking, Inc.,
*Fourth-Party Defendant.*

Washington County Circuit Court
C051195CV; A131516

182 P3d 255

Robert W. Wilkinson argued the cause for appellants. With him on the briefs were Phillip E. Joseph and Ball Janik LLP.

Beth Cupani argued the cause for respondents. On the brief were Robert A. Muth, Lisa E. Lear, and Bullivant Houser Bailey PC.

Before Haselton, Presiding Judge, and Edmonds, Judge, and Rosenblum, Judge.

PER CURIAM

Reversed and remanded. *Harris v. Suniga*, 344 Or 301, 180 P3d 12 (2008).